**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 19-mj-03536-Goodman

IN RE SEALED
CRIMINAL COMPLAINT

_____/

## MOTION TO SEAL

NOW COMES the United States of America, by and through its undersigned attorney, and

respectfully requests that the criminal complaint, affidavit, arrest warrant, bond recommendation

form, this motion, and any resulting order be SEALED until the arrest of the defendant or until

further order of this court, excepting the United States Attorney's Office and law enforcement,

which may obtain copies of any criminal complaint, affidavit, arrest warrant, or other sealed

document for purposes of arrest, extradition, or any other necessary cause, for the reason that the

named defendant may flee and the integrity of the ongoing investigation might be compromised,

should knowledge of this criminal complaint become public.

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

By:

WALTER M. NORKIN
Assistant United States Attorney
Southern District of Florida
Court ID No. A5502189
99 Northeast 4th Street, 6th Floor
Miami, Florida 33132-2111
Telephone: (305) 961-9409
E-mail: walter.norkin@usdoj.gov