UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. **19-20706**

18 U.S.C. § 1956(h)
18 U.S.C. § 982

**CR-UNGARO**

**MAGISTRATE JUDGE O'SULLIVAN**

UNITED STATES OF AMERICA

vs.

ALVARO ESTUARDO COBAR BUSTAMANTE,

Defendant.
_____/

## INDICTMENT

The Grand Jury charges that:

Beginning in or around January 2015, the exact date being unknown to the Grand Jury, and continuing until the date of the return of this Indictment, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**ALVARO ESTUARDO COBAR BUSTAMANTE,**

did knowingly and willfully combine, conspire, confederate and agree with other persons known and unknown to the Grand Jury, to commit certain offenses against the United States, in violation of Title 18, United States Code, Section 1956, that is, to conduct financial transactions involving property represented to be the proceeds of specified unlawful activity with the intent to conceal and disguise the nature, location, source, ownership and control of property believed to be proceeds of specified unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(3)(B).

It is further alleged that the specified unlawful activity is the felonious importation, receiving, concealing, buying, selling, and otherwise dealing in a controlled substance, punishable under the laws of the United States and Guatemala.

All in violation of Title 18, United States Code, Section 1956(h).

## FORFEITURE ALLEGATIONS

1. The allegations of this Indictment are re-alleged and incorporated herein for the purpose of alleging criminal forfeiture to the United States of America of certain property in which the defendant, **ALVARO ESTUARDO COBAR BUSTAMANTE,** has an interest.

2. Upon conviction of a violation of the offense charged this Indictment, the defendant shall forfeit to the United States any property, real or personal, involved in such offense, or any property traceable to such property, pursuant to Title 18, United States Code, Section 982(a)(1).

All pursuant to Title 18, United States Code, Section 982(a)(1) and the procedures set forth in Title 21, United States Code, Section 853.

A TRUE BILL

FOREPERSON

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

WALTER M. NORKIN
ASSISTANT UNITED STATES ATTORNEY

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.

ALVARO ESTUARDO COBAR BUSTAMANTE,

　　　　　Defendant.
_____/

CASE NO. _____

**CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information:**

**Court Division:** (Select One)

_X_ Miami ___ Key West
___ FTL ___ WPB ___ FTP

New Defendant(s)　　Yes ___　No ___
Number of New Defendants ___
Total number of counts ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)　_Yes_
   List language and/or dialect　_Spanish_

4. This case will take　_5_　days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)　　　　　　　　　　　(Check only one)

   I　　0 to 5 days　　_X_　　　　　　　Petty　　___
   II　　6 to 10 days　　___　　　　　　Minor　　___
   III　 11 to 20 days　　___　　　　　Misdem.　___
   IV　　21 to 60 days　　___　　　　　Felony　　_X_
   V　　61 days and over　　___

6. Has this case been previously filed in this District Court? (Yes or No) _No_
   If yes:
   Judge: _____　Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No) _No_
   If yes:
   Magistrate Case No. 19-mj-03536-Goodman
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No)　_No_

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003? ___ Yes _X_ No

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　WALTER M. NORKIN
　　　　　　　　　　　　　　　　　　ASSISTANT UNITED STATES ATTORNEY
　　　　　　　　　　　　　　　　　　Florida Bar No./Court No. A5502189

*Penalty Sheet(s) attached　　　　　　　　　　　　　　　　　　　　　　REV 5/3/17

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name**: ALVARO ESTUARDO COBAR BUSTAMANTE

**Case No**: _____

Count #: 1

Conspiracy to commit money laundering

Title 18, United States Code, Section 1956(h)

*Max. Penalty: 20 Years' Imprisonment

* Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.