UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **18-CR-20706**-UU

UNITED STATES OF AMERICA

vs.

ALVARO ESTUARDO COBAR BUSTAMANTE

_____/

## ORDER

The United States of America, having applied to this Court for an Order unsealing certain the docket and all entries on the docket, and the Court finding good cause:

IT IS HEREBY ORDERED that the docket and all entries on the docket, as well as this order, be UNSEALED.

DONE AND ORDERED in chambers at Miami, Florida, this 12th day of November, 2019.

HON. EDWIN G. TORRES
UNITED STATE MAGISTRATE JUDGE
SOUTHERN DISTRICT OF FLORIDA