# MINUTE ORDER

Page 3

## Magistrate Judge Edwin G. Torres

**King Building Courtroom 10-5**        Date: 11/13/2019   Time: 2:00 p.m.

Defendant: ALVARO ESTUARDO COBAR    J#: 18464-104    Case #: 19-20706-CR-UNGARO

AUSA: Kathleen Cooperstein        Attorney:

Violation: CONSP/COMMIT MONEY LAUNDERING        Arrest Date: 11/12/2019   YOB: 1982

Proceeding: Initial Appearance        CJA Appt:

Bond/PTD Held: ☐ Yes  ☐ No    Recommended Bond:

Bond Set at:            Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ____ x's a week/month by phone: ____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services
  Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses, except through counsel
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ____ pm to ____ am, paid by ____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language: ENGLISH

Disposition:
Defendant will retain counsel
The Government is requesting pretrial detention.

Time from today to ____ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**   Date:    Time:    Judge:    Place:
*Report RE Counsel:* **11/18/19**      **10:00**    ***Miami Duty***
*PTD Hearing:* **11/18/19**      **10:00**    ***Miami Duty***
*Arraignment:*        **11/18/19**   **10:00**    ***Miami Duty***
Status Conference RE:

D.A.R. 14:16:21            Time in Court: 2

s/Edwin G. Torres            Magistrate Judge