# COURT MINUTES

## Magistrate Judge Jacqueline Becerra

King Building Courtroom 10-6              Date: 11/18/19    Time: 10:00 a.m.

Defendant: Alvaro Estuardo Cobar Bustamante    J#: 18464-104    Case #: 19-20706-Cr-Ungaro

AUSA: Walter Norkin                            Attorney: _____

Violation: Consp/Money Laundering

Proceeding: Report Re: Counsel/Arraignment/Detention    CJA Appt: _____

Bond/PTD Held: ○ Yes  ○ No    Recommended Bond: Temp. Ptd

Bond Set at: _____    Co-signed by: _____

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services ___ Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to: _____
- ☐ Other: _____

Language: English

Disposition:
No attorney at I/A
- AUSA stated deft's atty is Bonnie Klapper
- Ms. Klapper is not present
- Court reset to 2pm

Time from today to ___ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE    Date:    Time:    Judge:    Place:
(Report RE Counsel):    "    "    "    "
(PTD/Bond Hearing):    11/18    2pm    Duty    MJA
Prelim/(Arraign) or Removal:    "    "    "    "
Status Conference RE: _____

D.A.R. 10:22:46                           Time in Court: 3 mins