# COURT MINUTES
Page 1

## Magistrate Judge Chris M. McAliley

Atkins Building Courthouse - 6th Floor          Date: 11/26/19`   Time: 10:00 a.m.

Defendant: Alvaro Cobar Bustmante      J#: 18464-104   Case #: 19-20706-CR-UNGARO

AUSA: Robert Moore      Attorney: Danila Posada Esq / Walter Norkin

Violation: **Conspiracy to Commit Money Laundering**

Proceeding: ***Report Re: Counsel***, Arraignment          CJA Appt:

Bond/PTD Held: ☐ Yes  ☐ No     Recommended Bond:

Bond Set at: Pretrial Detention - STIP          Co-signed by:

☐ Surrender and/or do not obtain passports/travel docs

☐ Report to PTS as directed/or ____ x's a week/month by phone: ____ x's a week/month in person

☐ Random urine testing by Pretrial Services ____ Treatment as deemed necessary

☐ Refrain from excessive use of alcohol

☐ Participate in mental health assessment & treatment

☐ Maintain or seek full-time employment/education

☐ No contact with victims/witnesses

☐ No firearms

☐ Not to encumber property

☐ May not visit transportation establishments

☐ Home Confinement/Electronic Monitoring and/or Curfew ____ pm to ____ am, paid by ____

☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment

☐ Travel extended to: ____

☐ Other: ____

Language: English

Disposition:
***Dax Dietikar, Temporary Counsel***

~~Reading of Indictment Waived~~
Not Guilty plea entered
Jury trial demanded
~~Standing Discovery Order requested~~

Time from today to ____ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**   Date:        Time:        Judge:        Place:

Report RE Counsel: ____
PTD/Bond Hearing: ____
Prelim/Arraign or Removal: ____
Status Conference RE: ____

D.A.R. 10:03:53                          Time in Court: 2