UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-CR-20706-Ungaro

**UNITED STATES OF AMERICA**

vs.

**ALVARO COBAR BUSTAMANTE,**

        **Defendant.**
_____/

## UNOPPOSED REQUEST FOR A GARCIA HEARING

The United States of America, through the undersigned Assistant United States Attorney, files this motion, unopposed by the defendant ALVARO COBAR BUSTAMANTE (hereinafter "Cobar"), requesting a hearing pursuant to *Garcia v. United States*, 517 F.2d 272 (5th Cir. 1975), to address the potential conflict of interest of attorney Bonnie Klapper, Esq, in her representation of this defendant and another defendant-client she represented. In support thereof, the government states:

1. Cobar is charged with participating in a money laundering conspiracy, in violation of 19, U.S.C., § 1965, and was arrested when he arrived in Miami, Florida on board a flight from Guatemala approximately one month ago. Since his arrival in the U.S., he has been represented by Ms. Klapper and co-counsel Daniela Posada, Esq, who are both retained counsel. Cobar was arraigned on November 26, 2019.

2. Ms. Klapper represented a defendant who, if Cobar proceeded to trial, could be considered as a potential witness against Cobar. At present, the government is engaged in plea negotiations with Cobar and does not believe that trial is likely. Thus, to the extent there is a

possible conflict, it is not an actual conflict and is waive-able at the present time. However, in an abundance of caution, the government respectfully requests that the Court question Cobar and secure a knowing and voluntary waiver of conflict-free counsel prior to continuing plea discussions with the government. (Ms. Klapper has already secured a waiver from her other client, who was before a different court.) The defendant does not oppose this request.

3. The government further requests, jointly with the defendant, that given this *Garcia* issue the Court grant the parties additional time before setting a calendar call, specifically setting calendar call and trial for March 2020, which additional time would be used by the parties to continue plea negotiations. The parties jointly request the Court find that time is properly excluded under the Speedy Trial Act between today and the calendar call to allow the parties time to engage in plea negotiations without the pressure of preparing for a trial, and that such exclusion of time serves the ends of justice, which outweigh the interest of the public and the defendant in a speedy trial. *See* 18, U.S.C., § 3161(h)(7)(A).

        Respectfully submitted,

        ARIANA FAJARDO ORSHAN
        UNITED STATES ATTORNEY

By: /s/ *Walter M. Norkin*
     Walter M. Norkin
     Assistant United States Attorney
     Florida ID No. A5502189
     99 Northeast 4th Street
     Miami, Florida 33132-2111
     Tel: (305) 961-9406
     Walter.Norkin@usdoj.gov

## **CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, on December 9, 2019.

                                          */s/ Walter M. Norkin*
                                          Assistant United States Attorney