UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 19-20706-CR-UNGARO/O'SULLIVAN

UNITED STATES OF AMERICA,

    Plaintiff.

v.

ALVARO COBAR BUSTAMANTE,

    Defendant(s).
_____/

## ORDER SETTING HEARING

This matter is before the Court pursuant to Judge Ungaro's Order of Referral regarding the Government's Unopposed Request for a Garcia Hearing (DE #18). Having reviewed the applicable filings and the law, it is

ORDERED AND ADJUDGED that the Government's Unopposed Request for a Garcia Hearing (DE #18) is GRANTED. This matter has been set for a hearing on **Tuesday, January 7, 2020, at 3:30 p.m.** before Chief United States Magistrate Judge John J. O'Sullivan at the United States District Court, C. Clyde Atkins Building, 301 North Miami Avenue, Courtroom 5, Miami, Florida.

**Request for continuance of this cause shall not be considered unless addressed to the Court in the form of a written motion.**

DONE AND ORDERED at Miami, Florida this 12th day of December, 2019.

JOHN J. O'SULLIVAN
CHIEF U. S. MAGISTRATE JUDGE