UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-20706 (UMU)

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ALVARO COBAR BUSTAMANTE,

    Defendant.
_____/

On December 18, 2019, this matter was on before the Honorable Ursula M. Ungaro. The matter was adjourned to March 11, 2020 for plea. Counsel has advised the defendant as to his rights to a speedy trial pursuant to Title 18, United States Code, Section 3161 et. seq. As evidenced by his signature below, the defendant hereby acknowledges his right to a speedy trial and waives that right up to and including March 11, 2020.

Dated: December 20, 2019

                                        Respectfully submitted:

                                By: /S/ Bonnie S. Klapper
                                    BONNIE S. KLAPPER, Esq.
                                    48 West 25th Street, Suite 600
                                    New York, N.Y. 10010
                                    516 721-0010
                                    bonniesklapper@bskesq.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-20706 (UMU)

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ALVARO COBAR BUSTAMANTE,

    Defendant.
_____/

    I, Alvaro Cobar, having been advised of my right to a speedy trial pursuant to Title 18, United States Code, Section 3161 et. seq., hereby knowingly and voluntarily waive that right up to and including March 11, 2010.

Dated: December 20, 2019

                                                  ALVARO COBAR BUSTAMANTE

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 23, 2019, the foregoing was filed with the Clerk of the Court for filing and uploading to the CM/ECF system, which will send a notice of electronic filing to all corresponding parties.

By: /S/ Daniela Posada
DANIELA POSADA, Esq.