UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-CR-20706-Ungaro

UNITED STATES OF AMERICA

vs.

ALVARO ESTUARDO COBAR BUSTAMANTE,

Defendant.
_____/

## STIPULATED FACTUAL PROFFER IN SUPPORT OF PLEA

If this matter were to proceed to trial, the Government would prove the following facts beyond a reasonable doubt. The Parties agree that these facts, which do not include all facts known to the Government and the Defendant, **ALVARO ESTUARDO COBAR BUSTAMANTE**, are sufficient to prove the guilt of the Defendant of the above-referenced Indictment:

Co-conspirator testimony and corroborating evidence would show that, during the time period of the Indictment, the Defendant was a director of a bank in Guatemala. In that position, the Defendant had the ability to receive large amounts of cash and place it into the banking system in a way that avoided certain banking "controls," regulations and reporting requirements, as well as to store or move large amounts of cash. The Defendant offered those services to individuals he knew were narcotics traffickers or others who had earned cash through other criminal activities or corruption in Guatemala in an effort to assist those individuals to launder their illegally earned proceeds.

1

Co-conspirator testimony and corroborating evidence such as recordings would show that, in or about 2019, the Defendant received cash that was purported to be the proceeds of narcotics trafficking and which cash needed to be moved to the United States in a clandestine manner that hid the source, ownership and control of the money. The Defendant accepted the cash and agreed to conduct the financial transaction believing that money was the proceeds of narcotics transactions and believing that the transaction would assist the narcotics traffickers.

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

Date: 3·11·20   By: _____
WALTER M. NORKIN
ASSISTANT UNITED STATES ATTORNEY

Date: 3\4\20   By: _____
BONNIE S. KLAPPER, ESQ.
DANIELA POSADA, ESQ.
ATTORNEYS FOR DEFENDANT

Date: 3-4-20   By: _____
ALVARO ESTUARDO COBAR BUSTAMANTE
DEFENDANT