UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-20706 (UMU)

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

ALVARO COBAR BUSTAMANTE,

      Defendant.

_____/

## ORDER ON AGREED-UPON MOTION  FOR BOND

      For the reasons set forth in the parties' motion, it is HEREBY ORDERED that bond be set in the amount of $500,000, secured by the defendant's signature, the signature of the two sureties referenced in the motion and the posting of the two properties referenced in the motion.  The defendant's release shall be stayed until such time as the posting of the bond is achieved. SO ORDERED.

Date: April __, 2020

_____
The Honorable Ursula M. Ungaro
United States District Judge
Southern District of Florida