UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 1:19-cr-20706-UU-1

UNITED STATES OF AMERICA,

Plaintiff,

vs.

ALVARO ESTUARDO COBAR BUSTAMANTE,

Defendants.
_____/

**ORDER RE-SETTING SENTENCING DATE**

THIS MATTER is hereby re-set for SENTENCING before the Hon. Judge Ursula Ungaro, at the United States District Court, Twelfth Floor Courtroom, 400 North Miami Avenue, 12-4 Miami, Florida on **JUNE 18, 2020** at  11:20 A.M.

DONE and ORDERED in Chambers at the United States District Court, Miami, Florida this 18 day of May, 2020.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

cc: Counsel of record