UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 19-CR-20706-UNGARO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ALVARO COBAR BUSTAMANTE,

    Defendant.

_____/

### ORDER ON AGREED-UPON MOTION FOR BOND MODIFICATION

For the reasons set forth in the parties' motion, it is HEREBY ORDERED that $15,000 of the funds posted in this matter be exonerated and released to counsel for the Defendant for use by the Defendant. The check for these funds shall be made payable to the trust account of attorney Daniela Posada, Account name Posada Law, PLLC, Chase Bank Account Number 623011985. All other previously-ordered conditions shall remain unchanged.

SO ORDERED.

Date: September 9, 2020

JOHN J. O'SULLIVAN
CHIEF UNITED STATES MAGISTRATE JUDGE